NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. MANSANAS, ESQ.
Nevada Bar No.: 010669
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorneys for AAA Nevada Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*

ANITA LIPMAN,

    Plaintiffs,

vs.

AAA NEVADA INSURANCE COMPANY, duly Authorized to conduct business in the State of Nevada, and DOES 1 through X; and DOE CORPORATIONS 1 through X, inclusive,

    Defendants.

Case No.: 2:10-cv-00786-PMP-LRL

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ANITA LIPMAN, through her counsel of record, Law Offices of George T. Bochanis, and Defendant AAA NEVADA INSURANCE COMPANY, through its counsel of record, Alverson, Taylor, Mortensen & Sanders and Ranalli & Zaniel, that this matter be dismissed with prejudice as to all

NRR-18729

parties, each party to bear their own costs and attorney's fees.

| LAW OFFICES OF GEORGE T. BOCHANIS | ALVERSON, TAYLOR, MORTENSEN & SANDERS |
|---|---|
| /s/ George T. Bochanis | /s/ Nathan R. Reinmiller |
| GEORGE T. BOCHANIS, ESQ.<br>Nevada Bar No.: 002262<br>631 South Ninth Street<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff | NATHAN R. REINMILLER, ESQ.<br>Nevada Bar No.: 006793<br>SABRINA G. MANSANAS, ESQ.<br>Nevada Bar No.: 010669<br>7401 W. Charleston Boulevard<br>Las Vegas, NV 89117<br>Attorneys for Defendant<br>AAA Nevada Insurance Company |

RANALLI & ZANIEL, LLP

/s/ Christina Schwab

GEORGE RANALLI, ESQ.
Nevada Bar No.: 005748
CHRISTINA SCHWAB, ESQ.
Nevada Bar No.: 010847
3041 West Horizon Ridge Parkway, #140
Henderson, NV 89052
Co-Counsel for Defendant
AAA Nevada Insurance Company

**ORDER**

IT IS SO ORDERED.

Dated: October 18, 2010.

/s/ Philip M. Pro

UNITED STATES DISTRICT JUDGE

NRR-18729

parties, each party to bear their own costs and attorney's fees.

| LAW OFFICES OF GEORGE T. BOCHANIS | ALVERSON, TAYLOR, MORTENSEN & SANDERS |
|---|---|
| *George T Bochanis* (signature) | |
| GEORGE T. BOCHANIS, ESQ.<br>Nevada Bar No.: 002262<br>631 South Ninth Street<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff | NATHAN R. REINMILLER, ESQ.<br>Nevada Bar No.: 006793<br>SABRINA G. MANSANAS, ESQ.<br>Nevada Bar No.: 010669<br>7401 W. Charleston Boulevard<br>Las Vegas, NV 89117<br>Attorneys for Defendant<br>AAA Nevada Insurance Company |

RANALLI & ZANIEL, LLP

GEORGE RANALLI, ESQ.
Nevada Bar No.: 005748
CHRISTINA SCHWAB, ESQ.
Nevada Bar No.: 010847
3041 West Horizon Ridge Parkway, #140
Henderson, NV 89052
Co-Counsel for Defendant
AAA Nevada Insurance Company

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of ALVERSON, TAYLOR, MORTENSEN & SANDERS and that on the 15th day of October, 2010, I caused to be served via CM/ECF a true and correct copy of the document described herein.

Document Served: **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

George T. Bochanis, Esq.
GEORGE T. BOCHANIS, LTD.
631 South Ninth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

George Ranalli, Esq.
RANALLI & ZANIEL, LLP
3041 West Horizon Ridge Parkway, #140
Henderson, NV 89052
Co-Counsel for Defendant

_____
An Employee of
ALVERSON, TAYLOR, MORTENSEN & SANDERS

N:\nathan.grp\Z-client\18729\Pleadings\18729sao-dismissal.docx

3

NRR-18729